UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION, LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:08CV580 HEA ) |
| MASTER CRAFTSMEN CONSTRUCTION, SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Contempt, [Doc. # 15], filed on August 8,2008. Defendant has not filed a written response to this motion.

On June 24, 2008, this Court entered a partial default judgment against Defendant and an Order compelling an accounting. On August 22, 2008, the Court Ordered Defendant to show cause why an Order for Contempt should not issue. Defendant has failed to comply with any of these Orders.

Plaintiffs now request that the Court incarcerate Defendant's principal, Thomas E. Wilkerson and impose a daily fine on Wilkerson until he purges himself of the civil contempt by obeying the Court's Order.

Having considered plaintiffs' motion and memorandum, and in light of the fact that Mr. Wilkerson has not responded in any way to any of the pleadings

herein, the Court finds that sanctions are warranted. Plaintiffs are entitled to attorneys fees for bringing the motion for contempt, in an amount to be submitted by Plaintiffs. The Court will not, at this point, however, sanction Mr. Wilkerson with the requested incarceration and $200.00 per day until compliance, rather, he will be ordered to appear at a time within 10 days from the date of this order, specified by Plaintiffs' counsel, with the subpoenaed documents for an accounting. Failure to so appear and/or to produce the documents will not be taken lightly by this Court and **will** result in further, more severe sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Contempt, [Doc. No. 15] is granted, as provided herein.

**IT IS FURTHER ORDERED** that Thomas E. Wilkerson shall appear before counsel for Plaintiff within 10 days from the date of this Order, at a time specified by counsel for Plaintiffs, for an accounting.

**IT IS FURTHER ORDERED** that Thomas E. Wilkerson shall produce the subpoenaed documents at the examination.

Dated this 5th day of September, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE